# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

YERIELD EDILBERTO TORRES MENDEZ,
*on behalf of MTM, a minor,*

**Plaintiff,**

**v.**                                    **Case No. 26-CV-1248**

FRANK BISIGNANO,
*Commissioner of Social Security,*

**Defendant.**

## ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

Yerield Edilberto Torres Mendez filed a complaint against the Commissioner of the Social Security Administration on behalf of MTM, Torres Mendez's minor son. (ECF No. 1.) Accompanying the complaint was a Request to Proceed in District Court without Prepaying the Filing Fee. (ECF No. 2.)

Having reviewed this motion, the court concludes that the plaintiff lacks the resources to pay the filing fee. Accordingly, the Request to Proceed in District Court without Prepaying the Filing Fee is **granted**.

Because the plaintiff is proceeding without prepayment of the filing fee, the court must determine whether the complaint is legally sufficient to proceed. 28 U.S.C. § 1915.

The court understands that Torres Mendez is seeking to appeal a final decision of the Commissioner denying supplemental security benefits to MTM. Such as claim is sufficient to proceed.

In the complaint and the motion to proceed without prepayment of the filing fee, Torres Mendez also refers to alleged discrimination by Social Security officials. Insofar as Torres Mendez seeks to present a claim for damages, no such claim is properly before the court. When a claimant seeks review of an agency decision under 42 U.S.C. §§ 405(g) and 405(h), damages are not available. If Torres Mendez seeks to pursue a claim for damages rather than a claim for benefits, Torres Mendez must file an amended complaint withdrawing any claim for benefits or a separate lawsuit seeking only damages. However, the court cautions that such a claim for damages may be limited or entirely unavailable. *See Slabon v. Berryhill*, 751 F. App'x 928, 930 (7th Cir. 2019); *Williams v. Commissioner*, No. 23-3185, 2024 U.S. App. LEXIS 5984, at *5-6 (10th Cir. Mar. 13, 2024).

Accordingly, insofar as Torres Mendez seeks to present any claim other than a claim for judicial review of the denial of benefits to MTM, the claim is dismissed without prejudice. The claim for review of the denial of benefits may proceed.

The Clerk is directed to serve the Commissioner. This matter shall proceed in accordance with the schedule set forth in the briefing letter the Clerk of Court shall issue promptly.

The plaintiff's filings with the court shall be mailed to the following address:

Clerk of Court
Jefferson Court Building

125 S. Jefferson St - Room 102
Green Bay, WI 54301-4541

DO NOT MAIL ANYTHING DIRECTLY TO CHAMBERS. It will only delay the processing of the matter.

The plaintiff should also retain a personal copy of each document.

The plaintiff is further advised that the failure to comply with all deadlines in this matter may have serious consequences, which may include the loss of certain rights or the dismissal of this action.

In addition, the plaintiff must immediately notify the Clerk of Court of any change of address. Failure to do so could result in orders or other information not being timely delivered, thus affecting the legal rights of the parties.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 21st day of July, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge